**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHERRY A. FACCIUTO,                    )        NO. CV 15-3894-E
                                       )
                    Plaintiff,         )
                                       )
          v.                           )            **JUDGMENT**
                                       )
CAROLYN W. COLVIN, Acting              )
Commissioner of Social Security,       )
                                       )
                    Defendant.         )
_____)

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of
the Social Security Administration is reversed in part and the matter
is remanded for further administrative action consistent with the
Opinion filed concurrently herewith.


          DATED: August 12, 2016.


                              _____
                                            /s/
                                   CHARLES F. EICK
                         UNITED STATES MAGISTRATE JUDGE